UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH VENTIMIGLIA, : | CIVIL ACTION NO.: 1:12-cv-02130 |
| Plaintiff, : | |
| vs. : | |
| COTT BEVERAGE CORPORATION; ONE BEACON INSURANCE COMPANY; AMERICAN UNDERWRITERS LIFE INSURANCE COMPANY; AND JOHN DOES -5, : | |
| Defendants. : | |

### DISCLOSURE STATEMENT

The undersigned counsel for <u>AMERICAN UNDERWRITERS LIFE INSURANCE COMPANY</u>
Certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_/s/ John J. Grillos_
Signature of attorney

JOHN J. GRILLOS
Print Name

MAY 21, 2012
Date

HARDIN, KUNDLA, MCKEON & POLETTO
Name of Firm

673 MORRIS AVENUE
Address

SPRINGFIELD, NEW JERSEY 07081
City/State/ZIP Code